UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAUDYS DIAZ-OTANEZ,                                              :
:
:
Plaintiff,                                  :
:         25-CV-3624 (JMF)
-v-                                              :
:              ORDER
:
ONANDI C. BROOKS et al.,                                         :
:
Defendants.                                 :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Per the Case Management Plan and Scheduling Order and the Court's Individual Rules and Practices, Plaintiff had three business days — until August 22, 2025 — to file any opposition to Defendants' letter motion.  *See* ECF No. 17.  To date, Plaintiff has filed nothing.

      Accordingly, the motion to compel is GRANTED as unopposed.  (To the extent the Defendants request dismissal, the request is denied – for now.)  Unless and until the Court orders otherwise, Plaintiff shall (1) provide his Rule 26 disclosures and complete responses to Defendants' demand for authorizations dated June 17, 2025 (seeking authorizations relating to two prior accidents involving the plaintiff in which he claimed injuries to the same body parts) no later than **September 2, 2025**; (2) provide complete responses to Defendants' first set of interrogatories dated June 2, 2025, and Defendants' first request for production of documents dated June 2, 2025, no later than **September 8, 2025**; and (3) allow Defendants to inspect Plaintiff's vehicle pursuant to the notice to preserve and inspect served on May 21, 2025, no later than **September 15, 2025**.  **Failure to comply with the foregoing will result in sanctions, up to and including dismissal for failure to prosecute.**

      Defendants shall promptly advise the Court in the event that Plaintiff fails to comply with this Order or otherwise fails to fulfil his discovery obligations.  Finally, the request for an extension of the fact discovery deadline is denied without prejudice to renewal after the deadlines set forth above have passed, and it is known whether Plaintiff has complied.

      The Clerk of Court is directed to terminate ECF No. 17.

      SO ORDERED.

Dated: August 25, 2025
      New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge