UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :

RAUDYS DIAZ-OTANEZ,                      :

                      :

            Plaintiff,        :

                      :         25-CV-3624 (JMF)

      -v-               :

                      :          ORDER

ONANDI C. BROOKS et al.,        :

                      :

           Defendants.    :

                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today, the Court is not happy with the way that Plaintiff's counsel has handled this litigation — up to and including the fact that counsel who was involved in the matters to be discussed at today's conference did not himself come to the conference. Counsel must do better going forward; failure to do so will almost certainly result in sanctions. In addition:

- No later than **March 16, 2026**, Plaintiff shall file affidavits from Mr. David Anderson and the paralegal involved in serving responses to the Defendants' discovery demands, explaining when they responded to Defendants' demands for authorization and, to the extent that it was before March 2, 2026, why that fact was not mentioned in Plaintiff's letters of March 2, 2026 (to Defendants) and March 5, 2026 (to the Court);

- The fact discovery deadline is hereby EXTENDED to **April 21, 2026.** The Expert discovery deadline is hereby EXTENDED to **July 12, 2026**. No further extensions will be granted at Plaintiff's request — and further extensions are unlikely altogether;

- The parties shall appear for a conference with the Court on **April 29, 2026**, at **4:00 p.m**. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which

counsel expect to join the call.  By **Thursday of the week prior to the conference,** parties shall file a joint letter in advance of the conference, the contents of which are described in the Case Management Plan, ECF No. 16; and

- By separate Order entered today, this case is being referred to Magistrate Judge Gorenstein for settlement.  The parties should contact his Chambers by Monday, March 16, 2026, to schedule a settlement conference when it would be most fruitful.

SO ORDERED.

Dated: March 12, 2026
      New York, New York

                                                JESSE M. FURMAN
                                    United States District Judge